UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CONNIE HUNT,

                        Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

                        Defendant.

Case No. 2:14-cv-01803-APG-PAL

ORDER

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #6) entered October 30, 2014, regarding removal of this case to federal district court. On October 20, 2014, Defendant filed a signed Statement (Dkt. #8) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than 4:00 p.m., December 23, 2014,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 9th day of December 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE