ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CONNIE HUNT,<br><br>           Plaintiff,<br><br>      vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; an entity licensed to do business in the State of Nevada; DOES 1 through 10; ABC CORPORATIONS 11 through 20, XYZ LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>           Defendant. | CASE NO.: 2:14-cv-01803-JCM-PAL<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff CONNIE HUNT, by and through her counsel, Nettles Law Firm, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that the Second, Third, Fourth and Fifth Cause of Action of Plaintiff's Complaint against State Farm in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

4831-5950-1602.1

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's prayer for a declaratory judgment as well as exemplary and punitive damages shall also be dismissed with prejudice.

DATED this 14th day of April, 2015.

          LEWIS BRISBOIS BISGAARD & SMITH LLP

By  */s/ Danielle C. Miller*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

DATED this 14th day of April, 2015.

          NETTLES LAW FIRM

By  */s/ William R. Killip, Jr.*
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 007462
WILLIAM R. KILLIP, JR., ESQ.
Nevada Bar No. 003660
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

DATED April 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Danielle C. Miller
_____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*