UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CONNIE HUNT,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No. 2:14-cv-01803-JCM-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #15) filed December 15, 2014, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than July 31, 2015. There are no dispositive motions pending. On April 16, 2015 the district judge approved the parties' stipulation and dismissed the second, third, fourth and fifth claims as well as the prayer for declaratory relief and punitive damages. This leaves the first claim for breach of contract pending. To date, the parties have not complied with their obligation to file a joint pretrial order. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., August 31, 2015**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

/ / /

/ / /

/ / /

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 17th day of August, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE