ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CONNIE HUNT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; an entity licensed to do business in the State of Nevada; DOES 1 through 10; ABC CORPORATIONS 11 through 20, XYZ LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>　　　　Defendant. | CASE NO.: 2:14-cv-01803-JCM-PAL<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff CONNIE HUNT, by and through Plaintiff's counsel, Nettles Law Firm, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that Plaintiff Connie Hunt's claims and causes of action against State Farm in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

4829-6683-5496.1

IT IS FURTHER STIPULATED AND AGREED that Plaintiff Connie Hunt's prayer for exemplary and punitive damages shall also be dismissed with prejudice.

DATED this 23rd day of September, 2015.   DATED this 23rd day of September, 2015.

NETTLES LAW FIRM                                             LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ William R. Killip*                                                */s/ Danielle C. Miller*

By_____          By_____
    BRIAN D. NETTLES, ESQ.                                  ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 007462                                       Nevada Bar No. 003062
    WILLIAM R. KILLIP, JR., ESQ.                              DANIELLE C. MILLER, ESQ.
    Nevada Bar No. 003660                                       Nevada Bar No. 009127
    1389 Galleria Drive, Suite 200                          6385 S. Rainbow Boulevard, Suite 600
    Henderson, Nevada 89014                                 Las Vegas, Nevada 89118
    *Attorneys for Plaintiff*                                        *Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED September 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Danielle C. Miller*

By_____
    ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 003062
    DANIELLE C. MILLER, ESQ.
    Nevada Bar No. 009127
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
    *Attorneys for Defendant State Farm Mutual Automobile Insurance Company*